IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darnell Cain,<br><br>    Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>    Defendants. | No. CV13-2011 PHX DGC (JFM)<br><br>**ORDER** |

Petitioner Darnell Cain has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 1. United States Magistrate James F. Metcalf has issued a report and recommendation ("R&R") recommending that the petition be denied and dismissed with prejudice. Doc. 12. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and deny the petition.

**IT IS ORDERED:**

1. The R&R (Doc. 12) is **accepted**.

2. The petition for writ of habeas corpus (Doc. 1) is **denied and dismissed with prejudice**.

3. A certificate of appealability and leave to proceed *in forma pauperis* on *appeal are* ***denied***

4. The Clerk is directed to **terminate** this action.

Dated this 12th day of May, 2014.

>

David G. Campbell
United States District Judge

- 2 -